UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC JOHNSON, | ) | 1:07-CV-01163 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JUDGE LYNN ATKINSON, et al., | ) | [Doc. #1] |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 31, 2007, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to exhaust state remedies. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 26, 2007, Petitioner filed objections to the Findings and Recommendation. Petitioner argues he has fulfilled the exhaustion requirement by merely presenting his claims to the

California Supreme Court. Petitioner is mistaken. It is not sufficient that he merely present his claims to the California Supreme Court. In order to provide the California Supreme Court a full and fair "opportunity to pass upon and correct alleged violations of the prisoner['s] federal rights," it goes without saying that the Supreme Court must be allowed to rule on said claims. Picard v. Connor, 404 U.S. 270, 275 (1971).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 31, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and
3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   October 2, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE